# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**-vs-**                                               **Case No.  6:06-cv-1234-Orl-31JGG**

**94,454.52 seized as proceeds from the sale of 3192 Bower Lane, Deltona, Florida;  $8,604.83 seized from AmSouth Bank Account Number 0039476677; $146,668.56 seized from AmSouth Bank Account Number 0050072471; $5,920.11 seized from AmSouth Bank Account Number 0054761492; $11,723.15 seized from AmSouth Bank Account Number 0052013170; LOT 269, SWOPE LAND COMPANY'S PLAT OF BLACK HAMMOCK** *according to the plat thereof as recorded in Plat Book 2, Pages 110 & 111, Public Records of Seminole County, Florida. 25-20-31-5BA-0000-269A* **; THE EASTERLY HALF OF LOT 269, SWOPE LAND COMPANY'S PLAT OF BLACK HAMMOCK ,** *according to the plat thereof as recorded in Plat Book 2, Pages 110 & 111, Public Records of Seminole County, Florida. 25-20-31-5BA-0000-2690*

      **Defendants.**

_____

## ORDER

Upon consideration of the Motion of the United States for Default Judgment as to Tiffany Green and Ethan Green (Doc. 26), it is

**ORDERED** that said Motion is GRANTED. The Clerk is directed to enter default judgment against Tiffany Green and Ethan Green, extinguishing any legal rights they may claim in the *in rem* defendants.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 3, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party